UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                          CASE NO. 06-40350-TLH4
                                                CHAPTER 13
KEVIN E. REED
MARCIA T. REED

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR:CHEVRON CREDIT BANK, N.A. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 396148 in the amount of 57.32 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

      /s/Leigh D. Hart or
      /s/William J. Miller, Jr.
         OFFICE OF THE CHAPTER 13 TRUSTEE
         POST OFFICE BOX 646
         TALLAHASSEE, FL 32302
         ldhecf@earthlink.net
         (850) 681-2734 "Telephone"
         (850) 681-3920 "Facsimile"

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

```
KEVIN E. REED              CHEVRON CREDIT BANK, N.A
MARCIA T. REED             2001 DIAMOND BLVD.
1450 NOEL DRIVE            P.O. BOX 5010, SECT. 230
MONTICELLO, FL  32344      CONCORD, CA 94524-0010
```

AND

KATHRYN A. HATHAWAY, ESQUIRE
HATHAWAY LAW FIRM
P.O. BOX 3005
TALLAHASSEE, FL 32315

on the same date as reflected on the Court's docket as the electronic filing date for this document.

      /s/Leigh D. Hart or
      /s/William J. Miller, Jr.
7/30/2010  1:29 pm / CR_213    OFFICE OF CHAPTER 13 TRUSTEE